# UNITED STATES DISTRICT COURT
For
*The District of Rhode Island*

FILED

2015 DEC 16  A 11:45

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

_ALEC CERULLO PRO.SE_

_____

_____

_____

(Enter the full name(s) of the
Plaintiff(s) in this action)

CA 15- 531 M

Civil Action No. _____

vs.

_A.T. WALL - DIRECTOR,_

_STEVEN CAIISE %_

_DEPUTY WARDEN VICINO_

_LT. TIERNEY_

_LT. GAIIGAIN_

(Enter the full name(s) of the
Defendant(s) in this action)

PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court
dealing with the same facts involved in this action or otherwise
relating to your imprisonment?

Yes: ✓     No: _____

B.  If your answer to "A" is yes, describe each lawsuit in
the space below.(If there is more than one lawsuit, describe
the additional lawsuits on another piece of paper, using the
same outline.)

1.  Parties to this previous lawsuit:

Plaintiffs: _ALEC CERULLO PRO.SE_

Defendants: _A T WALL (DIRECTOR)_

_COUNSELOR ANTHNEY AMARAl_

-2-

2. Court where action was filed(if federal, give the
   district; or if state, give the county):

   _U.S. DISTRIC CT. DISTRIC of R.I._

3. Please give docket number(s): _CA 14-364 ML_

4. Name of Judge to whom case was assigned: _MARY.M._
   _Lisi_

5. Disposition of case(for example, was the case dismissed
   or appeal, or is it still pending)

   _DISMISSED_

6. Approximate date of filing lawsuit: _8-2014_

7. Approximate date of disposition: _4-9-15_

II.  PLACE OF PRESENT CONFINEMENT

A. Did you present the facts relating to this complaint to
   the Warden or any of the prison officials?

   _YES_

B. If your answer was Yes:

   1. What steps did you take? _FILED GRIEVENCES_

   2. What was the result(s): _DENIED_

C. If your answer is NO, explain why not: _____

III.  PARTIES

In item "A" below, place your name in the first blank.  Do
the same for for any additional parties, if any.

A. Name of Plaintiff: _Alec CERULLO pro.se._

In item "B" below, place the full name of the Defendant in
the first blank, his official position in the second blank,
and his place of employment in the third blank.  Use item "C"
for the names, position and places of employment of any additional
Defendants.

-3-

B. Defendant _A.T. WALL_ is employed

as _THE DIRECTOR_ at _THE A.C.I._

C. Additional Defendants: _DEPUTY WARDEN VICINO_

_C/o STEVEN CAUSE   LT. GALIGIAN   LT. TIERNEY_

IV. <u>STATEMENT OF CLAIM</u>

State here as briefly as possible the <u>facts</u> of your case.
Describe how each Defendant is involved. Include also the
names of any other person(s) involved, dates and places. Do
not give any legal argument or cite any cases or statutes. If
you intend to allege a number of related claims, number and set
forth each claim in a separate paragraph. Use as much space as
you need. Attach an extra sheet, if necessary.

_SEE LINE PAPER_

V. <u>RELIEF</u>

State briefly exactly what you want the Court to do for you.
Make <u>no</u> Legal arguments and do not cite any cases or statutes.

_SEE LINE PAPER_

UNITED STATES DISTRICT COURT FOR
THE DISTRICT FOR RHODE ISLAND

Alec Cerullo, Pro-se
                Plaintiff

                                        COMPLAINT

V.                                      CIVIL NO:


A.T Wall, Director
LT. Galligan, Lieutenant
Co'Calise, Correctional Officer
LT. Tierney, Lieutenant
Deputy Warden, Vicino.
Individually and in their
Official Capacities, Defendants


## I. Jurisdiction & Venue

1. THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C SECTION 1983 TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C SECTION 1331 AND 1343(A)(3). PLAINTIFF SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C SECTION 2201 AND 2202. PLAINTIFFS CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C SECTION 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.


2. THE UNITED STATES DISTRICT COURT OF RHODE ISLAND IS AN APPROPRIATE VENUE UNDER 28 U.S.C SECTION 1391 (b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THIS CLAIM OCCURRED.

## II. PLAINTIFF

3. PLAINTIFF, ALEC CERVILLO, IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF RHODE ISLAND IN THE CUSTODY OF THE RHODE ISLAND DEPARTMENT OF CORRECTION'S. HE IS CURRENTLY CONFINED IN THE A.C.I. - HIGH SECURITY CENTER, IN CRANSTON RHODE ISLAND.

## III. DEFENDANTS

4. DEFENDANT, A.T. WALL IS THE DIRECTOR OF THE STATE OF RHODE ISLAND. HE IS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATION OF THE DEPARTMENT AND EACH INSTITUTION UNDER ITS JURISDICTION, INCLUDING HIGH SECURITY CENTER.

5. DEFENDANT, LT. GALLIGAN IS A CORRECTIONAL OFFICER OF THE STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF LIEUTENANT AND WAS ASSIGNED TO THE HIGH SECURITY CENTER.

6. DEFENDANT, CALISE IS A CORRECTIONAL OFFICER OF THE RHODE ISLAND DEPARTMENT OF CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF GUARD AND WAS ASSIGNED TO HIGH SECURITY CENTER.

7. DEFENDANT, LT·TIERNEY is A CORRECTIONAL officer of THE RHODE ISLAND DEPARTMENT of CORRECTIONS WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD RANK of LIEUTENANT AND WAS ASSIGNED TO HIGH SECURITY CENTER.

8. DEFENDANT, DEPUTY WARDEN VICINO is THE DEPUTY WARDEN of HIGH SECURITY CENTER, HE is LEGALLY RESPONSIBLE FOR THE OPERATION of HIGH SECURITY CENTER AND FOR THE WELFARE of ALL THE INMATES of THAT PRISON.

9. EASH DEFENDANT is SUED INDIVIDUALLY AND IN HIS official CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EASH DEFENDANT ACTED UNDER THE COLOR of STATE LAW.

## III. FACTS

1. UPON ARRIVING TO E-mod CELL#12 ON FRIDAY 2/27/15 AT 1:00 PM I, PLAINTIFF, ASKED TO %o CALISE if I COULD CLEAN THE CELL FIRST AND MY RESPONCE WAS 'NO.'

2. THEN I ASKED FOR MY PROPERTY THAT HE TOOK FROM ME UPON ARRIVING, STAMPS, ENVELOPES, PAD, PEN AND SO ON.

3. %o CALISE SENT EVERYTHING TO MY TRAPS AND STATED TO ME I COULD NOT RECIVE IT, NOW I COULD NOT WRITE TO ANYONE.

4

4. THE NEXT DAY WHICH WAS SATURDAY 3/28/15 AT AROUND 7:15 AM  I ASKED C/O CRUISE FOR ALL MY PROPERTY AND ALSO ASKED FOR A LIEUTENANT.

5. FOR THIS REQUEST C/O CRUISE REFUSED ME THEN SHUT MY WATER OFF TO MY CELL. (VIEW CAMERA)

6. I, PLAINTIFF HAD NO WATER AND COULD NOT USE THE TOILET OR GET A DRINK FOR C/O CRUISE'S WHOLE SHIFT (8HRS).

7) FROM THE POINT OF ENTERING CELL #12 C/O CRUISE REFUSED TO GIVE ME SHOWERS FOR 10 DAYS  NO CELL CLEANING FOR THE WHOLE 20 DAYS. 2/27/15 TO 3/18/15

8. I, PLAINTIFF DID PUT IN FOR GRIEVENCES LEVEL-1 AND IT CAME BACK DENIED. on 4-2-15

9. THEN I, PLAINTIFF ASKED LT. TIERNEY on 4-2-15 FOR A LEVEL 2 GRIEVENCES AND RECIVED NO RESPONCE

10. AFTER ALL THIS on 3/17/15 AGAIN C/O CRUISE OPENED UP ALL DOOR TRAPS FROM CELL #7 TO CELL # 11 FOR SHOWERS AND NOT MINE (CELL #12) (VIEW CAMERA)

11. AGAIN REFUSEING ME A SHOWER on THIS DAY AGAIN.

5

12. I, PLAINTIFF REQUESTED A level-1 GRIEVANCE WHICH WAS DENIED.

13. I, PLAINTIFF REQUESTED A level-2 GRIEVANCE WHICH WAS DENIED. No Response

14. CO'CAISE THEN THREW ME OUT OF THIS MOD FOR THE REASON OF FILEING FOR GRIEVANCES

15. I, PLAINTIFF WAS SENT TO F-MOD CEll-7 ON 3/19/15 TO 3/22/15

16. THEN PLAINTIFF WAS SENT TO HOSPITAL BACK CEll-3 ON SUNDAY AROUND 9AM AND WHEN MY SEGREGATION TIME WAS DONE ON 3/24/15, TWO DAYS lATER LT. GALLIBAN lEFT PLAINTIFF IN SEG FOR 42 DAYS EXTRA

17. ON 4/1/15 I SENT A REQUEST SLIP TO LT. TIERNEY ASKING FOR ANOTHER level-1 GRIEVANCE FOR MY EXTRA TIME IN SEG BUT DID NOT RECEIVE A RESPONSE BACK.

18. ON 4/2/15 PLAINTIFF SENT A lETTER TO A.T WALL EXPlAINING THE SITUATION AND NEVER RECEIVED A RESPONSE BACK TILL 5/6/15 IN WHICH I JUST bOT lET OUT OF SEG AND WENT TO A-MOD CEll-11

19. I DID FILE A COMPLAINT WITH THE STATE POLICE AlSO DETECTIVE SGT. TIMOTHY DANDENEAU, AND RECEIVE

18. ONLY A LETTER WITH A CASE # IS R1X1-689-of.

20. THE A.C.I. IS TRYING TO COVER THIS UP THEY DID NOT VIEW ANY CAMERAS AS I ASKED.

21. ON 4/23/15 AN INMATE ON C-STATUS LIKE MYSELF WAS LET OUT OF SEG WHEN HIS TIME WAS DONE IN HOSPITAL BACK CELL-2 AND I PLAINTIFF WAS LEFT IN SEG.

## IV. EXHAUSTION OF LEGAL REMEDIES

22. PLAINTIFF, ALEC CERULLO USED THE PRISONER GRIEVENCE PROCEDGUR AVLIABLE AT HIGH SECURITY CENTER TO TRY AND SOLVE THE PROBLEM. ON 3/21/15 PLAINTIFF ALEC CERULLO PRESENTED THE FACTS RELATING TO THIS COMPLAINT ON 4/7/ PLAINTIFF ALEC CERULLO WAS SENT A RESPONCE SAYING THAT THE GRIEVENCES HAD BEEN DENIED.

## V. LEGAL CLAIMS

23. PLAINTIFF REALLEGE AND INCORPORATE BY REFERENCE PARAGRAPHS 1-22

24. THE DEFENDANT, c/o CAUSE DENIEL of THE GRIEVENCE PROCEDURE STATED IN PARAGRAPH 4 to 5 VIOLATED PLAINTIFF DUE PROCESS CLAUSE of THE FOURTEENTH AMENDMENT.

25. The Defendant Lt. Tierney's Denial of the Grievance Procedure Stated in Paragraph 9 Violated Plaintiff's Due Process Clause of the Fourteenth Amendment.

26. The Defendant Lt. Galligan's Decision to lock me up for 42 Days as Stated in Paragraph 16. For Requesting Grievances Violated Plaintiff's Due Process Clause of the Fourteenth Amendment, and the Eighth Amendment.

27. The Defendants A.T. Wall and Deputy Warden Vicino failure to respond and remedy the issue stated in Paragraph 1-22 Violates Plaintiff's Due Process Clause of the Fourteenth Amendment.

28. The Plaintiff has no plain, Adequate or Complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the Defendants unless this Court grants the declaratory and injunctive relief which Plaintiff seeks.

## VI. Prayer For Relief

29. Wherefore, Plaintiff Respectfully Prays that this Court enter Judgment Granting Plaintiffs:

30. A Declaration that the acts and omissions described herein violated Plaintiffs Rights under the

30. CONSTITUTION AND LAWS OF THE UNITED STATES.

31. A PRELIMINARY AND PERMAMENT INJUNCTION ORDERING DEFENDANTS TO FOLLOW D.O.C. POLICY AND TO STOP TARGETING PLAINTIFF FOR EXERCISING HIS RIGHTS.

32. COMPENSATORY DAMAGES IN THE AMOUNT OF $5,000 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

33. PUNITIVE DAMAGES IN THE AMOUNT OF $5,000 AGAINST EACH DEFENDANT.

34. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

35. PLAINTIFF'S COST'S IN THIS SUIT.

36. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

DATED: 11-30-2015   Alec Cerullo PRO, SE
RESPECTFULLY SUBMITTED

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT CRANSTON, RHODE ISLAND ON 11-30-2015
                                              DATE

α _Alec cerullo pro, se_
  SIGNATURE

-4-

VI.  CERTIFICATION

I the undersigned, do hereby swear that the above stated
facts are both true and correct, based upon my personal
knowledge.

x _Alec Cerullo Prose_
(Signature of Plaintiff)

_____
(Additional Plaintiffs)

_Alec Cerullo_
_Po Box 8200_
Cranston, R.I.   02920
(Address for Plaintiff(s)