UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALEC CERULLO, : | |
| *Plaintiff* : | |
| : | |
| v. : | C.A. No. 15-531-M-PAS |
| : | |
| LT. GALLIGAN, LIEUTENANT : | |
| CO CALISE, CORRECTIONAL OFFICER : | |
| LT. TIERNEY, LIEUTENANT : | |
| INDIVIDUALLY AND IN THEIR : | |
| OFFICIAL CAPACITIES : | |
| *Defendants* : | |

**DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants, Lieutenant Galligan, Lieutenant Tierney, and Correctional Officer Calise (Defendants), and hereby move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment as to all of Plaintiff's claims. Defendants aver that there remain no genuine issues of material fact and judgment may enter as a matter of law. Defendants rely upon the attached statement of undisputed facts and memorandum of law in support of their motion.

DEFENDANTS
LIEUTENANT GALLIGAN,
LIEUTENANT TIERNEY, AND
CORRECTIONAL OFFICER CALISE

By their Attorney,

/s/ Ian P. Anderson
_____
Ian P. Anderson, Bar No. 8568
Senior Legal Counsel
R.I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
TEL: (401) 462-2910
FAX: (401) 462-2583
Ian.anderson@doc.ri.gov

## **CERTIFICATION**

I, the undersigned, certify that on this 2nd day of May, 2016, a true copy of the foregoing document was filed electronically using the ECF system and it is available for viewing and downloading.

/s/ Ian P. Anderson
_____

I, the undersigned, certify that a copy of the foregoing document was mailed via Rhode Island Department of Corrections Interdepartmental Mail, on this 2nd day of May, 2016, to the following:

Alec Cerullo #099591
P.O. Box 8273
Cranston, RI  02920

/s/ Ian P. Anderson
_____