# Exhibit A

# STATE OF RHODE ISLAND



## Department of Corrections
## Inmate Sentence Information

4/6/2016                                                                                               Page 1 of 1

### Inmate Information

Inmate ID: 99591          Inc.#: 256134
First Name: ALEC          MI: ___   Last Name: CERULLO          Suff: ___
Gender: M                 Race: WHITE                           DOB: 10/28/1970

### Sentence Details

|  |  |  |  |  | YR | MO | DAY |
|---|---|---|---|---|---|---|---|
| Case: P2121450ADV | Count: 04 | Sent Code: 150H17 | Term: | | 009 | 000 | 000 |

Description: HABITUAL CRIMINAL
Judge: MCGUIRL

| Offence Date: _____ | Parole Elig Date: 10/01/2012 | AWT Days |
| Commit Date: _____ | Date Paroled: _____ | Comp: 0 |
| Date Imposed: 07/31/2012 | | Court: 0 |
| Retro Date: 07/02/2012 | | |
| Full Expiration: 07/02/2021 | | |
| Good Time Date: 08/05/2020 | | |
| Completion GT: 5 | | |
| Monthly GT: 50 | | |
| Sentence Status: CONSECUTIVE | | |
| Severity Code: HIGH | | |
| Original Case: P2121450ADV | Count: 04 | Consec AWT: 0 |
| Consec Case: P2121450ADV | Count: 01 | Consec Term: ___ ___ |
| Consec GT Rate: 10.00 | | |

| Meritorious Time: 0 | | |
| Good Time Days Frozen: 0 | Accum: 400.00 |
| Industrial Days Frozen: 0 | Accum: 6 |
| Loss Good Time: 130 | ESC Time: 0 |
| Suspend Time: _____ | Prob: _____ |

Inmate Facility Tracking System (itParCap)

# STATE OF RHODE ISLAND



## Department of Corrections
## Inmate Sentence Information

4/6/2016                                                                                                               Page 1 of 1

### Inmate Information

| | | | | | |
|---|---|---|---|---|---|
| Inmate ID: | 99591 | Inc.#: | 256134 | | |
| First Name: | ALEC | MI: | Last Name: CERULLO | | Suff: |
| Gender: | M | Race: WHITE | | DOB: | 10/28/1970 |

### Sentence Details

|  |  |  |  |  |  | YR | MO | DAY |
|---|---|---|---|---|---|---|---|---|
| Case: | P2100579A | Count: 01 | Sent Code: 050A80 | | Term: | 001 | 000 | 000 |
| Description: | ARSON-FIFTH DEGREE | | | | | | | |
| Judge: | MCGUIRL | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Offence Date: | | Parole Elig Date: | 10/01/2012 | AWT Days | |
| Commit Date: | | Date Paroled: | | Comp: | 0 |
| Date Imposed: | 07/31/2012 | | | Court: | 0 |
| Retro Date: | 07/02/2012 | | | | |
| Full Expiration: | 07/02/2013 | | | | |
| Good Time Date: | 04/01/2013 | | | | |
| Completion GT: | 0 | | | | |
| Monthly GT: | 15 | | | | |
| Sentence Status: | EXPIRATION SENTENCE | | | | |
| Severity Code: | MODERATE | | | | |
| Original Case: | P2100579A | Count: 01 | Consec AWT: | 0 | |
| Consec Case: | P2121450ADV | Count: 01 | Consec Term: | 001 | |
| Consec GT Rate: | 10.00 | | | | |

| | | | |
|---|---|---|---|
| Meritorious Time: | 0 | | |
| Good Time Days Frozen: | 0 | Accum: | 77.00 |
| Industrial Days Frozen: | 0 | Accum: | 0 |
| Loss Good Time: | 0 | ESC Time: | 0 |
| Suspend Time: | 71/2y | Prob: | |

Inmate Facility Tracking System (itParCap)

## STATE OF RHODE ISLAND



## Department of Corrections
## Inmate Sentence Information

4/6/2016                                                                                                           Page 1 of 1

### Inmate Information

Inmate ID: 99591             Inc.#: 256134
First Name: ALEC             MI: ___  Last Name: CERULLO             Suff: ___
Gender: M                    Race: WHITE                             DOB: 10/28/1970

### Sentence Details

|  |  |  | YR | MO | DAY |
|---|---|---|---|---|---|
| Case: P2121450ADV | Count: 01 | Sent Code: 150R60 | Term: 001 | 000 | 000 |

Description: VIOL. NO CONTACT ORDER
Judge: MCGUIRL

| | | | |
|---|---|---|---|
| Offence Date: | | Parole Elig Date: 10/01/2012 | AWT Days |
| Commit Date: 12/22/2011 | | Date Paroled: | Comp: 365 |
| Date Imposed: 07/31/2012 | | | Court: 0 |
| Retro Date: 08/01/2011 | | | |
| Full Expiration: 07/31/2012 | | | |
| Good Time Date: 07/02/2012 | | | |
| Completion GT: 0 | | | |
| Monthly GT: 0 | | | |
| Sentence Status: EXPIRATION SENTENCE | | | |
| Severity Code: LOW | | | |
| Original Case: P2121450ADV | Count: | Consec AWT: | 0 |
| Consec Case: | Count: | Consec Term: | |
| Consec GT Rate: 0.00 | | | |

| | | | |
|---|---|---|---|
| Meritorious Time: | 0 | | |
| Good Time Days Frozen: | 0 | Accum: | 80.00 |
| Industrial Days Frozen: | 0 | Accum: | 0 |
| Loss Good Time: | 51 | ESC Time: | 0 |
| Suspend Time: | 9Y | Prob: | 9Y |

Inmate Facility Tracking System (itParCap)