# Exhibit B

**Inmate Id: 0099591     Inmate Name: ALEC   CERULLO**                       **Sec: MAX**

Incarceration No: 0256134                           Area/Cell: PRUD P1-28

Job Code:          SRG Level:       Enemy Level:

**Discipline No: 000282345**

Infraction Date/Time:  3/04/2015 10:00:00     Infraction Sec: HS

Charging Staff Member:    Begones

Place Of Infraction: HS                             Place Of Booking: HIGH SECURITY

ORIGINAL- Infraction Code: 154       Infraction CAT: DISOBEDIENCE

Infractions Severity: HIGHEST(NON-PREDATORY)

Infractions Description:
  Purposely misleading an investigation by RIDOC Inspectors and/or SIU

Filed Date/Time:  3/09/2015 12:11:15         Inmate Demeanor: ALOOF

**Infraction Narrative:**

  INFORMATION WAS RECIEVED THAT INMATE CERULLO WAS HAVING SOMEONE PREPARE LEGAL WORK FOR HIM
   AND A PERSON NAMED RANDY WAS DOING THIS. I RESEARCHED THE INFORMATION AND COULD NOT ASERT
   AIN WHO RANDY WAS. UPON QUESTIONING INMATE CERALLO HE STATED HE KNEW NOTHING OFF THIS. UPO
   N FURHTER INV. A LETTER WAS INTRCEPTED GOING TO ARANDY ANDERSON AT MEDIUM WITH INMATE CERA
   LLO'S MOTHER NAME AND RETURN ADDRESS UPON THE LETTER BEING OPENED INMATE CERALLO'S HANDWRI
   TING WAS DISCOVERED IN THE LETTER ASKING FOR LEGAL ADVICE.

Witnesses: NONE

**S.O. REVIEW:**                 **READ BY:**   **Macomber**

Inform Date: 03/10/2015 16:00:00 Hearing Date: 03/11/2015 09:00:00

Demeanor: GOOD                         Inmate Plea: NOT GUILTY

Status AWT Hear: LFI DC                Waive 24 Notice: NO

Req Rep Present: YES                   Req Witness: NO

Witnesses: NONE

**Inmate's Statement:**
  I gave it to my mother, and asked her to right it to Randy Anderson.  I never wanted her t
  o send it to him.

**Superior's Comments:**
  Valid booking, Warrants Hearing.

Case 1:15-cv-00531-JJM-PAS   Document 17-3   Filed 05/02/16   Page 3 of 3 PageID #: 80

**Inmate Id: 0099591    Inmate Name: ALEC CERULLO          Sec: MAX**

Incarceration No: 0256134                       Area/Cell: PRUD P1-28

Job Code:           SRG Level:        Enemy Level:

**Discipline No: 000282345**

**HEARING:**

  Hearing Date:  3/12/2015 09:48:05    Offender's Plea: NOT GUILTY

  Rep Counselor:    Berube

  Req Witness: NO           Waive 24 Notice: NO

  **Offender Statement:**
    Inmate states he only asked his mother to get him some legal advice, he never told her to
    mail the letter.

  **Witness(s) Statement:**

  **Officer's Statement:**
    Guilty, based on booking.

  **Finding: GUILTY**                       Class. Review: NO        Req Ward Review: NO

  Infraction Code: 154     Infraction CAT: DISOBEDIENCE

  Infractions Severity: HIGHEST(NON-PREDATORY)

  Infractions Description:
    Purposely misleading an investigation by RIDOC Inspectors and/or SIU

  Hearing Off. Sig:   Tierney

  **SANCTIONS:**
       DISCIPLINARY CONFINEMENT              20150228       025
       LOSS OF GOOD TIME                     20150228       025