# Exhibit C

**DIRECTOR'S OFFICE**
Rhode Island Department of Corrections

13.10 DOC
Attachment 2
Page 1 of 1

## REQUEST FOR RESOLUTION OF GRIEVANCE

APR 03 2015
DEPARTMENT OF CORRECTIONS

2015-0039 BY
C/O Duart 3-31-15

**Instructions:** Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To: (circle one)  Level 1, **(Warden)**    Level 2, Director

From: (name)  ALEC    CERULLO         99591
              First      Last        MI       RIDOC ID #

Facility: (circle one)  ISC  **(HSC)**  MAX  MED  MED II  MIN  WR  WOM/DIX  COM.COMF.

### PART A - INMATE REQUEST

Facility where alleged incident occurred: AT HIGH SECURITY

Grievance / Complaint: ON TUESDAY MARCH 17, 2015 C/O CALISE OPENED TRAPS 7-11 NOT MINE #12 TO TAKE A SHOWER HE REFUSED ME TO TAKE A SHOWER AND BY DOING THAT HE ALSO REFUSED TO DO HIS JOB. IT'S ON CAMERA IT WAS IN E-MOD. THIS IS A ON GOING THING THE WHOLE TIME I WAS IN E-MOD.

3/31/15                     Alec Cerullo
Date                        Inmate's Signature

4/1/15
Date Recieved               Staff Member's Signature

### PART B - RESPONSE

Date Received                Signature - Associate Director Warden

Investigation complete, your transfer to E Module was a result of your violation of institutional rules; Once again you have not attempted to resolve this issue at the lowest level possible via "Pink Slip" written to the area Lieutenant (Lieutenant Galligan). A review indicates that you were afforded the opportunity to shower on four occasions during the week of March 15th, 2015 through March 21st, 2015. You in fact showered on March 18th, 19th, and 20th. DOC policy states that you are allowed to shower a minimum of three times per week; Policy and procedure guidelines were met. Grievance Denied.

4-2-15
Date                        Associate Director - Warden

Distribution:
Level 1: White - Warden : Canary - Dept. Griev. Coord. : Pink - Inmate : Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord. : Canary - Warden : Pink - Inmate : Goldenrod - Inmate

# Rhode Island Department of Corrections
## Grievance Procedure
## Investigator's Report

**INSTRUCTIONS:** This form is provided to facilitate your investigation of the grievance you have been assigned. As stated in the policy, your job is to determine the validity of the grievance in light of facts, discrepancies, disparities in dispositions and/or other pertinent information. Specifically, you will review these files and memoranda, interview any witnesses or other persons who may be able to reveal relative information. In cases where specific depart is referred to in the complaints, always interview the department head involved and include his/her comments. Finally, you will make conclusions based on your findings and prepare a draft response which will be submitted to the person to which the grievance is directed for his review. The time limit for responses is five (5) working days, exclusive of weekends and holidays. **THIS FROM MUST BE TYPED.**

ISC ☐   MAX ☐   MED ☐   MED II ☐   WR ☐   MIN ☐   WD ☐   HSC ☒   CC ☐

TO:   WARDEN ☒         DIRECTOR ☐         OTHER ☐

INMATE NAME: Cerullo, Alec                I.D. NUMBER: 99591

DATE RECEIVED: 3/25/2015              GRIEVANCE NUMBER: 2015-0029

DATE OF GRIEVANCE: 3/21/2015         DATE OF INCIDENT: 3/17/2015

1. Does the grievance pertain to a complaint against a specific staff member? Yes
   If so, you will notify a union representative immediately for his/her assistance in the investigation.
2. What is the problem? Inmate Cerullo claims that Officer Calise denied him a shower on 3/17/2015.
3. Where did the problem occur? HSC E-Module Cell #12
4. Why did the problem occur? Inmate claims he was never asked to shower or offered a shower on Tuesday, 3-17-2015.
5. Witnesses and/or other parties who can provide information:
   A. Name: Officer Calise
      His/her comments relative to the complaint: Officer Calise reports he offers all E-Module inmates a daily shower. Officer Calise also reports that all showers taken by inmates are logged in to the area (E-Module) log-book. On Tuesday, 3-17-2015, Officer Calise reports he did offer inmate Cerullo the opportunity to take a shower and that he refused.

   B. Name: Officer Dennett
      His/her comments relative to the complaint: Officer Dennett (E-Module Control Center Officer) reports that showers taken by inmates are logged in the area log book. He also stated that when an inmate refuses a shower, that refusal is not logged.

6. Do they verify the complaint? No
7. Inmates suggested resolution: Inmate has stated no specific resolution.

# Rhode Island Department of Corrections
## Grievance Procedure
## Investigator's Report

8. Are there any discrepancies? <u>No</u> If yes, enter the name of witness and describe the discrepancy:

9. Investigator's conclusion: <u>It appears inmate Cerullo is using the grievance procedure as a means to make a statement or allegation. Additionally, this inmate has failed to follow the proccess, neglecting to solve this grievance at the lowest level (Lt. Galligan).</u>

   <u>Inmate was transferred from E-Module to F-Module on 3/19/2015, Thursday. While in E-Module, inmate showered on Wednesday, 3/18/2015 and Thursday, 3/19/2015. (See Attached) After transferred, inmate showered in F-Module on Friday, 3/20/2015. Inmate showered a total of three (3) times during the week, fulfilling the minimum requirements of showers for inmates housed in "C Status" and "Disciplinary Confinement" modules.</u>

10. Investigator's suggested resolution: <u>Denial of Grievance.</u>

Investigator's Signature: _____

Date: <u>4/2/2015</u>

Title: <u>Lieutenant Tierney</u>

| TIME | | DATE | INI |
|---|---|---|---|
| 3:00 pm | wind males | | |
| | her then 12 In rt 12 TV | | |
| 3:30 pm | wind males | | |
| 4:00 pm | wind male is | | |
| 4:30 pm | wind males | | |
| 5:00 pm | wind males | | |
| 5:06 | fr | | |
| 5:30 pm | wind males | | |
| 6:00 pm | went then 1 & & out 17 T | | |
| | wind males | | |
| 6:30 pm | wind males | | |
| 7 pm | Relieved by 15 Stg | | |
| | March 18, 2015 | 3/18/15 | RA |
| | Wednesday 0700-1500 | | |
| 0700 | C/O Dennett - Calise | | |
| | ① Sevegny  ⑤ greene  ⑨ Smith | | |
| | ② Navarro  ⑥ Savan  ⑩ hamis | | |
| | ③ mackenzie ⑦ Sampson ⑪ johnson | | |
| | ④ gallop  ⑧ gomes  ⑫ cerullo | | |
| | 12 IDs razors cuffs shackles | | |
| | 1 MK9 oc fogger no seal | 3/18/15 | RA |
| | Emergency equipment No seal | | |
| | Radios 110 116 4 batts Key B25.2 | | |
| 0701 | Radios checked w/ MCC | | |
| 0702 | Mail collected | | |
| 0704 | Food cart in | | |
| 0720 | Food cart out | | |
| 0721 | Sevegny to shower | | |
| 0723 | cerullo to shower | 3/18/15 | RA |
| 0728 | Rec begins | | |
| 0745 | navarro to shower | | |
| 0801 | mackenzie to shower | | |

32131

| Thursday March 19, 2015 0700-1500 | DATE | INI |
|---|---|---|
| 0723 johnson to shower | 3/19/15 | RAO |
| 0724 Sevegny to shower | | |
| 0735 harris to shower | | |
| 0736 ravano to shower | | |
| 0740 Nurse in with meds | | |
| 0755 gomes to shower | | |
| 0757 gallop to shower | | |
| 0818 sampson to shower | 3/19/15 | RAO |
| 0836 cerullo to shower | | |
| 0852 sampson to F mod | | |
| 0910 cerullo to F mod | | |
| 0916 lopes-rodriguez, d to F mod from D mod | | |
| 1000 — Cell-By-Cell Roster — ① gallop ⑤ greene ⑨ navarro ② harris ⑥ caver ⑩ lopes ③ smith ⑦ Sevegny ⑪ johnson ④ gomes ⑧ rodriguez ⑫ mackenzie | 3/19/15 | RAO |
| 1025 Count taken | | |
| 1028 Count cleared | | |
| 1030 Food cart in | | |
| 1104 Food cart out | | |
| 1200 Block A/S | 3/19/15 | RAO |
| 1300 Mail distributed | | |
| 1400 Block A/S | | |
| 1430 Block A/S | | |
| lopes + rodriguez given property | | |
| 1500 The End | | |