# Exhibit E

DIRECTOR'S OFFICE
APR 22 2015
DEPARTMENT OF CORRECTIONS

To A.T. Wall                                                    April 21, 201[5]

Hello Mr. Wall.
My name is Alec Cerullo ID#99591 H.S.C. and I am looking for answers to a few situations that I have hear at High Sec. My first situation is I went to SEG on (Feb 27, 2015) from F-mod to E-mod. Its on camera me walking to E-mod from F-mod. (1PM) Now I had to do 25 days for a Booking (something my mom did not me) so I go to SEG (Feb 27, 2015) for 25 days now March 23, or March 24, 2015 I was done with my SEG time. And now hear it is almost a month later + extra of me still sitting in SEG for no reason its called (cruel and unusual punishment) I cant get out of SEG. Why? I put a slip to the area Lt. got no responce back. I also put 2 slips to the Lt. for grievences Level 1 and got no responce back. Why? After a week extra of me still in SEG the Captain + Deputy did a walk throu I told them I've been done with my SEG time it was a week (at the time) and they also did nothing. Why? Just about 30 days now I'm still in SEG for no reason. Why? Nobody even answers me back. Why? I'm being kept from all the stuff that I can have to. Now my next situation: Upon entering SEG on (Feb 27, 2015) I asked C/O Cruise to clean

(3)

my cell if I could have some cleaning stuff before I live in the cell and C/O Calise who run's E-mod that block refused me to clean my cell. Now 1 Hr later I asked for my stamps + envelopes + paper + pen ya that I had when I walked to E-mod (its on camera) and C/O Calise stated to me (F. U) I sent all your stuff down stairs. (was that right?) Now the next day (Feb 28, 2015) at Breakfast time I asked for my writing stuff + all my paper-work that I could have in my cell and also a LT. And he stated to me he was my LT. And shut my water off to my cell his whole shift (8 hrs) I had no water to drink or I could n't use the toilet either. (view the camera) u will see him turn my water off and turn it back on at the end of his shift. (my cell # was 12.) And from this point on he refused me of everything. No showers for 10 days I had. He wouldn't let me clean my cell the whole time. (3 wks I sat (3 wks) without writting material. Refused me of everything and now someone is trying to cover it up. My grievence's got denied Level 1 I asked for Level 2 grievence's and never got a responce back. why? I did contact the state police they did give me a case # to this and I wrote back to the state police and told them to (view the camera) and never got a responce back yet. What am I suppose to do?.

MY NEXT SITUATION:

I'VE BEEN HEAR (2 YRS) NOW AT HIGH SEC. AND AFTER 13 MONTHS OF ME BEING HEAR MY MOM WENT TO GO SEE (MR CATION) ON 5/30/14 TO SEE WHY I WAS STILL HEAR ESPECIALLY WHEN I HAD NO TROUBLE AT ALL IN HEAR. ANY PROBLEM OR BEHAVEL PROBLEMS: U WILL GET BOOKED FOR THEM. I WAS PROBLEM FREE. NOW MY MOM GOT TOLD WHEN SHE WENT TO CATION AND THERE SHE GOT TOLD THAT THEY DONT SEE A PROBLEM WHY I AM STILL HEAR THAT ITS ONLY THE CLASSIFCATION BOARD HEAR. AND YES MY MOM GOT THAT IN WRITTING. NOW WHEN MY MOM CALLED HEAR TO ASK THE COUNSELOR AT THAT TIME HEAR WHY AM I STILL HEAR HE COULDN'T ANSWER ANY QUESTIONS OF HER'S AND THEN HUNG UP ON HER. (WAS THAT RIGHT?)

NOW WHEN MY MOM TOLD ME THAT, I WROTE A REQUEST SLIP TO HIM AND ASKED THE SAME QUESTIONS AND HE DIDN'T BOOK ME HE MADE INVESTERGATOR BEGONES BOOK ME FOR ASKING QUESTIONS. WHY DID THE COUNSELOR HAVE BEGONES BOOK ME. FOR 1: HE WAS MAD FOR THE FACT THAT MY MOM WENT TO SEE CATION (IS THAT RIGHT). FOR 2: IF THE COUNSELOR BOOKED ME IT WOULDN. OF STUCK. SO BY BEGONES BOOKING ME IT STUCK AND CAPT. ADAMS HEAR SAID IT WAS JUST A PISSED OFF BOOKING BUT DID NOTHING ABOUT

(4)

it. And ~~with~~ with that booking came 21 days in seg + a down grade to C-status from B-status which I am today still down graded for. Is that right?? + lost 25 days for my program I was in. I got my 2nd booking in (Feb 27th) for something else my mom did. So that is 2 bookings in (2 yrs) and nothing I did. Is that right? (Why am I still hear) I did get 3 others but they got dismissed. Now staff hear are saying that the counselor who is no longer hear + Begones are the only 2 people that have me still hear (is that right?) Why? Mr Wall: I am in jail for a broken window + a (N.C.O) mistermeanors charges I have no felonys I have no violence, no crime, no drug charges All stupidity I'm locked up for As the judge said. My criminal record only has domestic + vandalizum + N.C.O. mistermeaners charges.
  In Feburry my mom told me that the counselor ~~counselor~~ who no longer works hear said I should not of been hear no more then a year with my record. I did write to Ditnitto Also James Weeden And got no responce back (Why?)

1) I'm in seg with no reason why? 30 extra days now.
2) I'm at high sec. with a non violent criminal record with 2 bookings in 2 yrs. Why??

Thank you Mr Wall. What do u think!   Thank you.