# Exhibit F

DIRECTOR'S OFFICE
MAY 06 2015
DEPARTMENT OF CORRECTIONS

HELLO: MR. WALL                                   MAY 5, 2015

THE REASON FOR THIS LETTER IS, FOR 1. I DON'T KNOW IF MY INTERDEPART MAIL IS GOING OUT EVERY ONE I WROTE TO LAST MONTH I GOT NO RESPONCE'S BACK, AND YOU WERE 1 OF THEM TO. AND MY REGULAR MAIL IS TAKEING DAYS TO GO OUT TO. WHY?

REASON #2 IS NOBODY PICKED UP MAIL TODAY SO NO MAIL WENT OUT TODAY OR CAME IN. WHY? BAD ENOUGH THIS IS THE ONLY BUILDING THAT DONT TAKE THE MAIL OUT OR BRING IT IN AND PASS IT OUT ON SATURDAY'S. WHY?

REASON #3: IS I WROTE MANY REQUEST SLIPS TO LT. AND THE CAPTAIN IS AWARE OF THIS SITUATION TO. WHY AM I STILL IN SEG FOR NO REASON? SHOULD OF GOT OUT 3/24/15 IT IS OVER 40 DAYS EXTRA NOW WHY? THE CAPT. TALKED TO MY MOM ON THE PHONE WHEN SHE CALLED ABOUT THIS SITUATION AND HE LIED TO MY MOM. WHY? SAYING NO ROOM (NOT TRUE) SOMEONE JUST GOT OUT OF SEG BEFORE ME. WHY? HOW? I DID GET TOLD IN A LETTER THAT MY MOM IS CONTACTING THE STATE POLICE OF THESE SITUATIONS IN HERE WHICH IS A LOT MORE THINGS THAT IS GOING ON. THANK YOU SIR FOR YOUR TIME