# Exhibit G

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS



**Department of Corrections**

Ashbel T. Wall, II, Director
40 Howard Avenue
Cranston, RI 02920

Tel:  (401) 462-2611
Fax:  (401) 462-2630
TDD:  (401) 462-5180

May 11, 2015

Mr. Alec Cerrullo, ID#99591
High Security Center
P.O. Box 8200
Cranston, RI 02920

Dear Mr. Cerrullo:

    I am writing in response to your letters, dated 4/21/15 and 5/5/15, regarding your housing assignment.

    A member of my staff contacted Warden Matthew Kettle who reports that you remained in the rear hospital area because there were no available cells in a housing module that meets your classification status. However, on 5/6/15 you were moved to A-mod where you will now have access to more of your belongings.

    For your information and future reference, I am enclosing a copy of Assistant Director James Weeden's memorandum, dated 10/17/14, to all inmates regarding using the existing chain of command to resolve inmate life and/or operational issues.

Sincerely,

A. T. Wall

Ashbel T. Wall, II
Director

*Enclosure*
Cc:   M. Kettle
        File